Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIM MCALLISTER,

                    Plaintiff,

          v.

UNITED STATES OF AMERICA,

                    Defendant.

No.  C11-5053 RJB

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES

Noted for consideration: November 16, 2011

        The parties hereby respectfully request that the Court extend various deadlines associated with the above captioned case.  While the parties have been diligently working to complete discovery, it has been difficult to schedule the depositions of several key witnesses due to their necessary work on behalf of the Forest Service.  Many of the Forest Service employees spend significant time in the field, which complicates the scheduling of depositions.  Furthermore, Plaintiff recently took the 30(b)(6) deposition of the Forest Service which resulted in a request for three depositions of Forest Service employees.  Plaintiff has also requested electronic communications of a number of Forest Service employees, which require extensive searching of electronic communication.  The gathering, processing, and reviewing of such data is time intensive.  The United States' production of documents pursuant to Plaintiff's request is ongoing and includes electronic communications of a number of Forest Service employees.  Plaintiff has

1  appropriately requested the production of such data prior to deposition of the remaining

2  witnesses requested by Plaintiff as a result of the 30(b)(6) deposition.  For these reasons, the

3  parties respectfully request that the current deadlines be extended as indicated below.

4  **STIPULATION**

5  WHEREAS, the parties jointly request that the deadlines set forth in the Court's

6  April 11, 2011 Order may be amended as set forth below:

7  Discovery:                    December 22, 2011

8  Dispositive Motions:          January 27, 2012

9  Mediation:                    February 10, 2012

10  Trial Date:                   May 14, 2012, at 9:30 a.m.

11  Pretrial Conference           May 4, 2012, at 8:30 a.m.

12  NOW THEREFORE, the parties, through their respective counsel of record, do hereby

13  jointly request that the Court may make and enter an order amending pretrial dates as set forth

14  above.

15

16  **SO STIPULATED**.

17  DATED this 16th day of November,        JENNY A. DURKAN
    2011.                                   United States Attorney
18
                                            /s/Kayla C. Stahman
19                                          KAYLA C. STAHMAN, CABA # 228931
                                            Assistant United States Attorney
20                                          United States Attorney's Office
                                            700 Stewart Street, Suite 5220
21                                          Seattle, Washington  98101-1271
                                            Phone: 206-553-4088
22                                          Fax:  206-553-4073
                                            Email:  kayla.stahman@usdoj.gov
23
                                            Attorneys for the United States America
24

25

26

27

28

STIPULATED MOTION TO
EXTEND DEADLINES – 2
(C11-5053 RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**SO STIPULATED**.

DATED this 16th day of November, 2011.

/s/Ryan C. Nute
RYAN C. NUTE
Michael D. Myers
MYERS & COMPANY
1530 Eastlake Avenue East
Seattle, Washington 98102
Phone: (206) 398-1188
Fax: (206) 398-1189
Email: rnute@myers-company.com

**ORDER**

**IT IS SO ORDERED**.

DATED this 18th day of November, 2011.

Robert J Bryan
United States District Judge

STIPULATED MOTION TO
EXTEND DEADLINES – 3
(C11-5053 RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970