1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIM MCALLISTER,

                    Plaintiff,

          v.

UNITED STATES OF AMERICA,

                    Defendant.

No. C11-5053 RJB

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINES

Noted for consideration: November 16, 2011

The parties hereby respectfully request that the Court extend various deadlines associated

with the above captioned case.  While the parties have been diligently working to complete

discovery, it has been difficult to schedule the depositions of several key witnesses due to their

necessary work on behalf of the Forest Service.  Many of the Forest Service employees spend

significant time in the field, which complicates the scheduling of depositions.  Furthermore,

Plaintiff recently took the 30(b)(6) deposition of the Forest Service which resulted in a request

for three depositions of Forest Service employees.  Plaintiff has also requested electronic

communications of a number of Forest Service employees, which require extensive searching of

electronic communication.  The gathering, processing, and reviewing of such data is time

intensive.  The United States' production of documents pursuant to Plaintiff's request is ongoing

and includes electronic communications of a number of Forest Service employees.  Plaintiff has

STIPULATED MOTION TO
EXTEND DEADLINES – 1
(C11-5053 RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  appropriately requested the production of such data prior to deposition of the remaining

2  witnesses requested by Plaintiff as a result of the 30(b)(6) deposition.  For these reasons, the

3  parties respectfully request that the current deadlines be extended as indicated below.

4  **STIPULATION**

5       WHEREAS, the parties jointly request that the deadlines set forth in the Court's

6  April 11, 2011 Order may be amended as set forth below:

7       Discovery:              December 22, 2011

8       Dispositive Motions:    January 27, 2012

9       Mediation:              February 10, 2012

10      Trial Date:             May 14, 2012, at 9:30 a.m.

11      Pretrial Conference     May 4, 2012, at 8:30 a.m.

12      NOW THEREFORE, the parties, through their respective counsel of record, do hereby

13  jointly request that the Court may make and enter an order amending pretrial dates as set forth

14  above.

15

16  **SO STIPULATED**.

17  DATED this 16th day of November,    JENNY A. DURKAN
    2011.                               United States Attorney
18

19                                      /s/Kayla C. Stahman
                                        KAYLA C. STAHMAN, CABA # 228931
20                                      Assistant United States Attorney
                                        United States Attorney's Office
21                                      700 Stewart Street, Suite 5220
                                        Seattle, Washington  98101-1271
22                                      Phone: 206-553-4088
                                        Fax:  206-553-4073
23                                      Email:  kayla.stahman@usdoj.gov

24                                      Attorneys for the United States America

25

26

27

28

**SO STIPULATED**.

DATED this 16th day of November, 2011.

/s/Ryan C. Nute
RYAN C. NUTE
Michael D. Myers
MYERS & COMPANY
1530 Eastlake Avenue East
Seattle, Washington 98102
Phone: (206) 398-1188
Fax: (206) 398-1189
Email: rnute@myers-company.com

**ORDER**

**IT IS SO ORDERED**.

DATED this 18th day of November, 2011.

Robert J Bryan
United States District Judge